| | |
|---|---|
| **Denver District Court**<br>1437 Bannock St. Ste 256<br>Denver, Colorado 80202<br>303 606-2300 | DATE FILED: October 5, 2023<br>CASE NUMBER: 2023CV624<br><br>FILED IN OPEN<br>DISTRICT COURT<br><br>OCT 05 2023<br><br>DENVER, COLORADO<br>COUNTER CLERK DQ |
| **Plaintiffs:**<br><br>Krista Stansbury<br>Dean Stansbury<br><br>V.<br><br>**Defendant:**<br><br>State Farm Mutual Auto Insurance Co. | |
| ***PRO SE PARTIES***<br>Krista Stansbury<br>Dean Stansbury<br>2805 N Oneida St.<br>Denver, Co. 80207-3536<br>720 608-9054 | Case Number:<br><br>**23CV624**<br>200 |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiffs, Krista and Dean Stansbury, hereby submit this Complaint and Jury Demand as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Krista Stansbury (K. Stansbury) is the owner of a 2016 Acura MDX Vehicle Identification # 5FRYD3H21GB010836 and has residency at 2805 N. Oneida St. Denver, Co. 80207-3536.

2. Plaintiff Dean Stansbury (D. Stansbury) is the father of Krista Stansbury, is the owner of 2805 N. Oneida Street Denver, Co. 80207-3536 and has a financial interest in the aforementioned 2016 Acura MDX.

3. State Farm Mutual Auto Insurance Comp. has insured the 2016 Acura MDX Vehicle

Page 1

Identification # 5FRYD3H21GB010836 with policy number 2811321-E22-06.

4. State Farm issued the policy thru its Agent Vance Yoshkawa 4350 Wadsworth Blvd. Ste 420. Wheat Ridge, Co. 80033-4634. State Farm Mutual Auto Insurance Co. routinely provides Insurance products for residences in Denver, Colorado, conferring jurisdiction upon this Court.

5. Venue is proper within City & County of Denver, Colorado, as the insured resides in City & County of Denver and the services provided by State Farm Mutual Auto Insurance Co. were contracted for and delivered within City & County of Denver, Colorado.

## GENERAL ALLLEGATIONS

6. Plaintiffs incorporate by reference all allegation set forth previously in paragraphs 1 thru 5.

7. On May 7, 2023 at approximately 3:30, Krista Stansbury experienced a near life threatening event while driving her Acura MDX SUV, south west bound on State Highway 2 between 104th an 96th Avenue.

8. While driving in the left lane the engine suddenly, without warning, stopped with an audible explosion and the interior of the car was filled with thick black smoke. The brakes failed to slow the vehicle and K. Stansbury had a near miss collision with a tractor trailer truck while moving to the shoulder so that the sand and dirt shoulder could slow and stop the vehicle.

9. At approximately 5:30 PM, K. Stansbury had the vehicle towed to a local garage and on initial inspection a large irregular hole was observed in the bottom engine block area.

10. On or about May 15, 2023, K. Stansbury had the vehicle transported to 11921 S. Ridge Rd. Conifer, Co for complete evaluation for cause of damage.

11. On June 28, 2023 State Farm Insurance Co. issues a claim number 0652B569B, K. Stansbury provided an Affidavit and Limited Power of Attorney documents to State Farm Claims and Agency.

12. June 29, 2023 Photographs of the damaged vehicle were submitted to State Farm Claims.

13. June 29, 2023 Carvana auto dealer and Bridge Crest (lean holder of title) notifications.

14. July 3, 2023 State Farm Claims email communication agreement & appt. claims handler.

15. July 3, 2023 Photographs of damaged vehicle were resubmitted, with VIN & License Plate information, to State Farm Claims.

16. July 4, 2023 More digital photographs and descriptions submitted to State Farm Claims.

17. July 5, 2023 Digital photographs and descriptions resubmitted to State Farm Claims.

18. July 6, 2023 State Farm Claims Auto reply 2x, D. Stansbury notification of damages and LES LLC estimate of damages per State Farm instructions.

19. July 8, 2023 State Farm Auto reply 4X

20. July 24, 2023 State Farm Agent (Admin. Sherry Ortega) communication and submission of photographs.

21. July 24, 2023 State Farm Claims Dept. Proper/Perfected title issue. State Farm Claims received false title information from Loan Holder (Carvana/Bridge Crest Finance Corp.) mixed up VIN with another Vehicle Krista Stansbury owns. The claim was DENIED by David in Total Loss Claims.

22. July 24, 2023 Email was sent to Bridge Crest Finance Corp.

23. July 28, 2023 Email & State Farm Claims designates Zy' Terria Bates as claims handler.

24. August 9, 2023 Email to Bridge Crest request loan Pay off and payment history.

25. August 10, 2023 Email Docs to State Farm Claims Invoice for storage and transport.

26. August 30, 2023 Email to State Farm Claims, Current payoff to Bridge Crest, etc.

27. September 1, 2023 State Farm Claims Communication Investigation and denial of claim.

28. September 7, 2023 Resubmit Invoice From LES LLC for storage and transport.

29. September 27, 2023 Inquired with State Farm Claims on status of Check for LES LLC.

30. July 1 thru Oct. 1, 2023 approx 15 phone call to State Farm Claims for error corrections.

## FIRST CLAIM OF RELIEF
### (BREACH OF CONTRACT)

31. Plaintiffs incorporate by reference all allegation set forth previously in paragraphs 1 thru 30

32. State Farm Mutual Insurance Company provided insurance coverage for damage (vandalism) to the 2016 Acura MDX SUV owned by K. Stansbury. The insurance policy was current and in effect at the time of occurrence of damage.

33. State Farms Claims has denied the claim at least 3 times and wrongfully refused payment on the claim.

34. Refusal of payment on the claim constitutes a breach of its agreement with Plaintiff Krista Stansbury.

35. State Farms Claims breach of contract has caused extensive general, specific and consequential losses to the Plaintiffs in the amount detailed herein and to be proved at trial.

## SECOND CLAIM OF RELIEF
### (NEGLIGENCE)

36. Plaintiffs incorporate by reference all allegation set forth previously in paragraphs 1 thru 35

37. Despite Plaintiffs efforts to satisfy conditions as demanded by State Farm's Claims Department, the Defendant refused to pay any amount on the claim, even when all conditions were met and satisfied.

38. Dependent's refusal to pay for estimated and documented damages, deliberate disregarding Plaintiffs multiple request for payment constitutes denial of duty to honor a contract.

39. State Farm Mutual Insurance Co. owed Plaintiffs a duty to act reasonable, carefully and not cause unnecessary delay in payment on the contract.

40. State Farm Mutual Insurance Co. breached this duty of reasonable care.

41. State Farm Mutual Insurance Co. breach of duty proximately cause extensive losses and damages to the Plaintiffs as set forth hereinabove, and to be proven later at trial.

Case No. 1:23-cv-02921-SKC-TPO    Document 1-1    filed 11/03/23    USDC Colorado
pg 5 of 6

## THIRD CLAIM OF RELIEF
### (BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING)

42. Plaintiffs incorporate by reference all allegation set forth previously in paragraphs 1 thru 41

43. Defendant failed to adequately investigate the claim and confused the 2016 Acura MDX SUV with VIN 5FRYD3H21GB010836 with a similar 2015 Acura MDX SUV with VIN 5FRYD3H44FB007185 among many other errors and false representation of material fact.

44. Defendant failed to settle the claim once it became clear that benefits are owed to the Plaintiffs. No serious offer was made and contrary to the Plaintiff's previously stated conditions.

45. Defendant failed to effectively communicate with the Insured and her representative.

46. Defendant's non response and misdirection of the claim amounts to delay and denial of the claim.

47. Defendant was unresponsive to the insured demonstrating unreasonable conduct. Per C.R.S. 10-3-1115 & 1116 A first-party claimant whose claim for payment of benefit has been unreasonably delayed or denied may bring an action in a district court to recover attorney fees, court cost and three times the amount of damages claimed.

## FOURTH CLAIM OF RELIEF
### (BREACH OF DUTY OF ACCURATE RECORD AND REPORT)
### AND (COLORADO CONSUMER PROTECTION ACT)

48. Plaintiffs incorporate by reference all allegation set forth previously in paragraphs 42 thru 47.

49. Through the actions and omissions described herein, State Farm Mutual Insurance Co. failed in its duties to keep accurate information, records and reports. State Farm Mutual Insurance Co. failure to perform its contractual duties has led to creating hardship for the Plaintiff Krista Stansbury and her family.

Wherefore, Plaintiffs hereby request and demand judgment against Defendant State Farm Mutual Insurance Company, in the amount of $72,000 plus pre-judgement and post judgment interest and cost of this action as allowed by law.

Respectfully submitted October 5, 2023

*Krista D. Stansbury*
Krista D. Stansbury

*Dean Stansbury*
Dean Stansbury
720 608-9054