# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02921-SKC-TPO

KRISTA STANSBURY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTO INSURANCE CO.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation (Dkt. 93) [ECF No. 95] entered by U.S. District Judge S. Kato Crews, on August 19, 2025, it is

ORDERED that judgment is entered in favor of Defendant and against Plaintiff. It is

FURTHER ORDERED that that Defendant is entitled to an award of costs as may be determined by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d). It is

FURTHER ORDERED that this case is terminated.

  Dated: August 19, 2025.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              <u>s/C. Pearson, Deputy Clerk</u>